# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY VENTURA, | : |
| Plaintiff, | :  CIVIL ACTION NO. 3:20-2000 |
| v. | :  (JUDGE MANNION) |
| SHEETZ, INC., | : |
| Defendant. | : |

## ORDER

In light of the memorandum issued on this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant's motion for summary judgment, **(Doc. 25)**, is **GRANTED**.

**(2)** The Clerk of the Court is directed to **ENTER JUDGMENT** in favor of the defendant, **SHEETZ, INC.,** against the plaintiff, **MARY VENTURA**.

**(3)** The Clerk of the Court is directed to **CLOSE THE CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: March 30, 2023
20-2000-01-ORDER